A95A1400. ALEXANDER v. GENERAL MOTORS CORPORATION.
(481 SE2d 7)

ANDREWS, Chief Judge.

In *Alexander v. Gen. Motors Corp.*, 219 Ga. App. 660 (466 SE2d 607) (1995), we affirmed the trial court's grant of partial summary judgment in favor of General Motors Corporation. In *Alexander v. Gen. Motors Corp.*, 267 Ga. 339 (478 SE2d 123) (1996), the Supreme Court reversed our decision. Accordingly, the prior decision of this Court is vacated, the decision of the Supreme Court is made the decision of this Court, and the trial court's grant of partial summary judgment in favor of General Motors Corporation is reversed.

*Judgment reversed. McMurray, P. J., Birdsong, P. J., Pope, P. J., Beasley, Johnson, Blackburn, Smith and Ruffin, JJ., concur.*

DECIDED JANUARY 14, 1997.

*Kenneth F. Dunham, Dovre C. Jensen, Jr., Margaret N. Paton, L. Lynn Hogue*, for appellant.

*Lord, Bissell & Brook, Terry R. Howell, Corliss L. Worford*, for appellee.